In the Matter of the Election of Trustees of the RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE AMERICAN AGRICULTURAL CHEMICAL COMPANY and Another v. JULIUS FELSENTHAL and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SEYMOUR MORK, on Behalf of Himself and All Other Creditors of the Defendant, SALIGOLD MILLS, INC., v. JOSEPH P. RYAN, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM M. HELPRIN v. EMILIO DI BIANCO. GEORGE B. HOFMANN v. EMILIO DI BIANCO, Impleaded, etc. JOSEPH J. LANN and Another v. EMILIO DI BIANCO. — Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD McMAHON v. ABRAHAM ABESON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE DANCELAND, INC., v. RICHARD MARKUS DECKER, Also Known as MARKUS DECKER, and Others. SIDNEY REICHARD v. ROSE DANCELAND, INC., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of RICHMOND RAILWAYS, INC., against JOHN F. GILCHRIST and Others. STATEN ISLAND CHAMBER OF COMMERCE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY CONNOLLY v. PEGGY BARBARA HOLDING Co., INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL ROTH.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of PHILIP WENGROW against THOMAS W. CHURCHILL, a Justice of the Supreme Court, etc.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA FRANCIS v. SIMEON FRANCIS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL BLOOM and Others v. THOMAS J. HEANEY, Sued Herein as " THOMAS J. HEANEY."— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELLEN PETERSON v. THE FORDHAM CORNICE WORKS, INC.— Motion denied, with leave to appellant to move at Special Term for resettlement of the orders appealed from. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORENCE ISAACS v. PHILIP ISAACS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAPLE HOLDING CORPORATION v. WEICHMAN-HARTE REALTY CORPORATION and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.